NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**B. K., a minor, by and through his guardian ad litem, and parent, Aydin Kocataskin, AYDIN KOCATASKIN, as guardian ad litem, and parent for minor, B.K.,**
*Plaintiffs-Appellants*

**v.**

**SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT, COLEEN DAVENPORT, ANTONIO SHELTON, JON KEAN, SANTA MONICA-MALIBU SCHOOL BOARD, an administrative body,**
*Defendants-Appellees*

---

2024-1594

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-05032-SPG-MAA, Judge Sherilyn Peace Garnett.

---

Before LOURIE, DYK, and REYNA, *Circuit Judges.*

DYK, *Circuit Judge.*

## O R D E R

Appellants appeal from the United States District Court for the Central District of California's judgment

dismissing their complaint alleging various state claims and civil rights and constitutional violations. In light of the subject matter of the underlying case, this court directed the parties to show cause why this court has jurisdiction over the appeal. Neither party has responded. We determine that this case should be transferred to the United States Court of Appeals for the Ninth Circuit.

Our jurisdiction to review decisions of federal district courts generally extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). This case is outside of that limited subject matter jurisdiction. We conclude it is appropriate pursuant to 28 U.S.C. § 1631 to transfer this appeal to where it "could have been brought at the time it was filed," in this instance the Ninth Circuit. 28 U.S.C. §§ 41, 1291, 1294.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 28, 2024
Date